IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED
2007 FEB 14  AM 11: 45

| | | |
|---|---|---|
| PAULSSON GEOPHYSICAL SERVICES, INC., | § § § | |
| PLAINTIFF, | § § | |
| V. | § § | CAUSE NO. 1-06-CA-952-LY |
| AXEL M. SIGMAR, RESERVOIR SYSTEMS, INC., SIGMA RESEARCH, INC., AND RESERVOIR SYSTEMS INTERNACIONAL, S.A. DE C.V., | § § § § § § | |
| DEFENDANTS, | § | |

## ORDER

Before the Court is Plaintiff Paulsson Geophysical Services, Inc. ("P/GSI's") Motion for Second Amended Motion for Preliminary Injunction filed January 23, 2007 (Clerk's Document 42) and Defendants Axel M. Sigmar's, Reservoir Systems, Inc.'s ("RSI's"), and Sigma Research, Inc.'s ("SRI's") response filed January 22, 2007 (Clerk's Document 37). On January 24, 2007, this Court conducted a hearing on P/GSI's motion at which all parties were represented by counsel. This hearing concluded on February 13, 2007. Having considered the motion, the response, the evidence before it, the arguments of counsel, and the applicable law, the Court renders the following order, with findings of fact and conclusions of law to follow:

**IT IS ORDERED** that P/GSI's Motion for Second Amended Motion for Preliminary Injunction (Clerk's Document 42) is **GRANTED** to the following extent:

**IT IS ORDERED** that Defendants Sigmar, RSI, SRI, and Reservoir Systems Internacional, S.A. De C.V. and their agents, to the extent that they have not already complied with the Temporary Restraining Order rendered by this Court on December 6, 2006 (Clerk's Document 12), shall:

1. Cease directly or indirectly using (a) the terms "P/GSI" or "MASSIVE 3D VSP," (b) any other mark or symbol similar to the "P/GSI" or "MASSIVE 3D VSP" service marks, or (c) any other mark belonging to P/GSI or any mark similar to marks owned by P/GSI, in any way that is likely to cause confusion or dilution, including, but not limited to, using the terms or marks in connection with any dealings with Pemex;

2. Prevent any further breach of the contracts between Sigmar and P/GSI and SRI and P/GSI, and return all trade secret and proprietary information or technology to P/GSI;

3. Deliver up for destruction (after appropriate copying and cataloging for use in this litigation) all contracts, correspondence, advertisements, specifications, presentations, price lists, and all other documents bearing the terms "P/GSI" or MASSIVE 3D VSP" or any similar term;

4. Send to Pemex a letter containing the following paragraph, accurately translated into Spanish, from Axel Sigmar and addressed to Ing. Arturo Pérez Aldana, Gerente de la Subdirección de la Coordinación Tècnica de Exploración, Blvd. Adolfo Ruiz Cortines No. 1202, Fraccionamiento Oropeza, Edificio Pirámide 4to. Piso, C. P. 86030, Villahermosa, Tab., México: "I have been ordered by the United States District Court for the Western District of Texas (the "U.S. District Court") to provide this statement to you. You should be aware that I and my affiliated companies Reservoir Systems, Inc.; Sigma Research, Inc.; and Reservoir Systems Internacional, S.A. de C.V. (collectively "I"), have been sued by Paulsson Geophysical Services, Inc. ("P/GSI") in the U.S District Court. I have been ordered by the U.S. District Court to cease directly or indirectly using the terms "P/GSI," "MASSIVE 3D VSP,"

2

any other mark or symbol similar to the "P/GSI" or "MASSIVE 3D" marks, and any other marks owned by P/GSI, in any way that is likely to cause confusion or dilution, including, but not limited to, using the terms/marks in connection with any dealings with Pemex or the government of the United Mexican States. Further, I cannot deliver MASSIVE 3D VSP® services to any party, including Pemex (unless P/GSI provides written approval after the date of the U.S. District Court's order), as I do not have a license to deliver, sell, or use those trademarked services. Additionally, I do not own or otherwise have possession of or access to P/GSI's 80 level arrays that are necessary to deliver the trademarked services, and those arrays are not available for sale on the open market."

**IT IS FINALLY ORDERED** that P/GSI's Motion for Limited Expedited Discovery and an Early Case Management Conference filed December 4, 2006 (Clerk's Document 5), is **DISMISSED**.

SIGNED this __14th__ day of February, 2007.

_____
LEE YEAKEL
UNITED STATES DISTRICT JUDGE