IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| PAULSSON GEOPHYSICAL SERVICES, INC., § § § Plaintiff, § § v. § § AXEL M. SIGMAR; RESERVOIR SYSTEMS, INC.; SIGMA RESEARCH, INC. AND RESERVOIR SYSTEMS INTERNACIONAL, S.A. DE C.V., § § § § § Defendants. § | C. A. NO. A-06-CA-952LY |

FILED
MAR 15 2007
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____ DEPUTY CLERK

## NOTICE OF APPEAL

Notice is hereby given that Axel M. Sigmar, Reservoir Systems, Inc. and Sigma Research, Inc. defendants in the above named case, hereby appeal to the United States Court of Appeals for the Fifth Circuit the preliminary injunction entered in this action on the 14th day of February, 2007.

Dated: March 15, 2007.

736375v1/08031-009961

Respectfully submitted,

_/s/ M. Tribble for_

Max L. Tribble, Jr.
State Bar No. 20213950
SUSMAN GODFREY L.L.P.
1000 Louisiana Street, Suite 5100
Houston, Texas 77002-5096
Telephone: (713) 651-9366
Facsimile: (713) 654-6666
E-mail: mtribble@susmangodfrey.com

Attorney-in-Charge for Defendant,
AXEL M. SIGMAR,
RESERVOIR SYSTEMS, INC.;
SIGMA RESEARCH, INC.; and

OF COUNSEL:
Joseph S. Grinstein
State Bar No. 24002188
Aimee Robert
State Bar No. 24046729
SUSMAN GODFREY L.L.P.
1000 Louisiana Street, Suite 5100
Houston, Texas 77002-5096
Telephone: (713) 651-9366
Facsimile (713) 654-6666
E-mail: jgrinstein@susmangodfrey.com

Warren T. Burns
State Bar No. 24053119
SUSMAN GODFREY L.L.P.
901 Main Street, Suite 5100
Dallas, Texas 75202-1900
Telephone: (214) 754-1900
Facsimile: (214) 754-1933
E-mail: wburns@susmangodfrey.com

Heinz Grether
State Bar No. 08450500
HEINZ GRETHER, P.C.
G2 Technology Law
5810 Trade Center Drive #300
Austin, Texas 78744
Telephone: (512) 389-3821
E-mail: hgrether@G2techlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 15th day of March, 2007, a true and correct copy of the foregoing instrument was served on the following counsel of record via first class mail:

David Blanke
dblanke@velaw.com
Christopher L. Peele
cpeele@velaw.com
Matthew H. Frederick
mfrederick@velaw.com
VINSON & ELKINS LLP
2801 Via Fortuna, Suite 100
Austin, Texas 78746
Telephone: 512-542-8622
Facsimile: 512-236-3363

Joseph J. Mastrogiovanni, Jr.
jmastro@msandm.com
MASTROGIOVANNI, SCHORSCH & MERSKY, P.C.
2001 Bryan Street, Suite 1250
Dallas, Texas 75201
Telephone: 214-922-8800
Facsimile: 214-922-8801

Peter J. Ayers
payers@mckoolsmith.com
Laurie L. Gallun
lgallun@mckoolsmith.com
MCKOOL SMITH P.C.
300 W. 6th Street, Suite 1700
Austin, Texas 78701
Telephone: 512-692-8700
Facsimile: 512-692-8744

_____ FOR
Max L. Tribble, Jr.

ORIGINAL

405488

**RECEIPT FOR PAYMENT**
**UNITED STATES DISTRICT COURT**
for the
**WESTERN DISTRICT OF TEXAS**
at Austin

AO82 (Rev. 4/90)

RECEIVED FROM: Heinz Goether PC
7816 Trade Center Dr
Ste 300
Austin TX 78744

| ACCOUNT | AMOUNT |
|---|---|
| 086900 | 5 00 |
| 508800 | 100 00 |
| 510000 | 150 00 |
| TOTAL | 255.00 |

Case Number or Other Reference: 1:06-cv-952

Notice of Appeal by Axel W. Sisman et al

| Fund | |
|---|---|
| 6855XX | Deposit Funds |
| 604700 | Registry Funds |
| | General and Special Funds |
| 508800 | Immigration Fees |
| 085000 | Attorney Admission Fees |
| 086900 | Filing Fees |
| 322340 | Sale of Publications |
| 322350 | Copy Fees |
| 322360 | Miscellaneous Fees |
| 143500 | Interest |
| 322380 | Recoveries of Court Costs |
| 322386 | Restitution to U.S. Government |
| 121000 | Conscience Fund |
| 129900 | Gifts |
| 504100 | Crime Victims Fund |
| 613300 | Unclaimed Monies |
| 510000 | Civil Filing Fee (½) |
| 510100 | Registry Fee |

$ Checks and drafts are accepted subject to collection and full credit will only be given when the check or draft has been accepted by the financial institution on which it was drawn.

DATE: 3-15-07

Cash / Check ✓ / M.O. / Credit

DEPUTY CLERK: [signature]