IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

PAULSSON GEOPHYSICAL SERVICES, INC.,
Plaintiff,

-vs-                                                                        Case No. A-06-CA-952-SS

AXEL M. SIGMAR, et al.,
Defendants.

## SCHEDULING ORDER

Pursuant to Rule 16, Federal Rules of Civil Procedure, the Court issues the following scheduling order:

1. A report on alternative dispute resolution in compliance with Local Rule CV-88 shall be filed by **November 2, 2009**.

2. The parties asserting claims for relief shall submit a written offer of settlement to opposing parties by **October 1, 2009**, and each opposing party shall respond, in writing, by **October 13, 2009**. All offers of settlement are to be private, not filed, and the Court is not to be advised of the same. The parties are further ORDERED to retain the written offers of settlement and responses as the Court will use these in assessing attorney's fees at the conclusion of trial.

3. The parties shall file all amended or supplemental pleadings and shall join additional parties by **October 1, 2009**.

4. All parties asserting claims for relief shall file their designation of potential witnesses, testifying experts, and a list of proposed exhibits, and shall serve on all parties, but not file, a summary of testimony of any witness who will present any opinion in trial in an expert report by

**March 5, 2010.** Any opinion or testimony not contained in the summary will not be permitted at trial. Parties resisting claims for relief shall file their designation of potential witnesses, testifying experts, and a list of proposed exhibits, and shall serve on all parties, but not file, a summary of testimony of any witness who will present any opinion in trial in an expert report by **April 7, 2010**. Any opinion or testimony not contained in the summary will not be permitted at trial. All designations of rebuttal experts shall be filed within **fifteen (15) days** of receipt of the report of the opposing expert. The Fed. R. Civ. P. 26 standard is not applicable to this paragraph; it does not make any difference whether or not the expert witness is a " retained expert," as any opinion or testimony of any expert not contained in the summary will not be permitted at trial.

     5.     An objection to the reliability of an expert's proposed testimony under Federal Rule of Evidence 702 shall be made by motion, specifically stating the basis for the objection and identifying the objectionable testimony, within **eleven (11) days** of receipt of the written report of the expert's proposed testimony or within **eleven (11) days** of the expert's deposition, if a deposition is taken, whichever is later.

     6.     The parties shall complete all discovery on or before **May 7, 2010**. Counsel may by agreement continue discovery beyond the deadline, but there will be no intervention by the Court except in extraordinary circumstances, and no trial setting will be vacated because of information obtained in post-deadline discovery.

     7.     All dispositive motions shall be filed no later than **July 1, 2010** and shall be limited to **ten (10) pages**. Responses shall be filed within **eleven (11) days** of the service of the motion and shall be limited to **ten (10) pages**. Any replies shall be filed within **eleven (11) days** of the service

of the response and shall be limited to **five (5) pages**, but the Court need not wait for the reply before ruling on the motion.

8. This case is set for docket call **August 27, 2010, at 11:00 a.m.** and trial in the month of **September 2010**. At docket call, the parties shall submit a short, one paragraph statement of the parties' contentions, voir dire questions, proposed jury instructions and verdict forms, exhibit and witness lists, and any motions in limine.

SIGNED this the 14th day of August 2009.

                                     Sam Sparks
                                     UNITED STATES DISTRICT JUDGE