IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| PAULSSON GEOPHYSICAL SERVICES, INC., | § § § | |
| *Plaintiff/Counterdefendant*, | § § | |
| v. | § § | |
| AXEL M. SIGMAR; RESERVOIR SYSTEMS, INC.; SIGMA RESEARCH, INC. and RESERVOIR SYSTEMS INTERNACIONAL, S.A. DE C.V., | § § § § § | C.A. No. A-06-CA-952SS |
| *Defendants/Counterclaimants*, | § § § | |
| v. | § § | |
| SHELL TECHNOLOGY VENTURES, INC., | § § § | |
| *Third-Party Defendant*. | § § | |

**AGREED ORDER**

On October 1, 2009, Axel Sigmar, Reservoir Systems, Inc., and Sigma Research, Inc., filed their Second Amended Counterclaims and Third-Party Claims (***Amended Counterclaim***) [Dkt. #158]. Among other things, the Amended Counterclaim adds Dr. Bjorn Paulsson as an additional party. Advised that Dr. Paulsson has not yet been served, but that he has agreed to service through plaintiff's counsel of record, and that the parties have agreed to November 9, 2009 as the date by which Dr. Paulsson, the plaintiff, and Shell Technology Ventures shall respond, the Court sets such date as the deadline for their answer or other response to the Amended Counterclaim.

**SO ORDERED.**

Signed this _____ day of _____, 2009.

_____
SAM SPARKS
UNITED STATES DISTRICT JUDGE

US 121114v.1

**AGREED**:

VINSON & ELKINS L.L.P.


/s/ David P. Blanke
David P. Blanke
The Terrace 7
2801 Via Fortuna, Suite 100
Austin, Texas  78701
512.692.8700
512.692.8744 Facsimile
dblanke@velaw.com

*Attorneys for Paulsson Geophysical Services, Inc.*


CROWELL & MORING, LLP

/s/ Michael J. Songer
Michael J. Songer
1001 Pennsylvania Avenue, N.W.
Washington, D.C. 20004-2595
202.624.2990
202.628.5116 Facsimile
msonger@crowell.com

Jonathan D. Saikan
Weycer, Kaplan, Pulaski & Zuber, P.C.
11 Greenway Plaza, Suite 1400
Houston, Texas 77046
713.961.9045
JSaikin@wkpz.com

Heinz D. Grether
Heinz Grether P.C.
5810 Trade Center Drive, #300
Austin, Texas 78744
512.389.3821
hgrether@fgklaw.com

*Attorneys for Axel M. Sigmar, Reservoir Systems, Inc.
and Sigma Research, Inc.*

FULBRIGHT & JAWORSKI, LLP

/s/ Daniel J. Pirolo
Gerard G. Pecht
Daniel J. Pirolo
1301 McKinney
Suite 5100
Houston, Texas 75010-3095
713.651.5243
713.651.5243 Facsimile
gpecht@fulbright.com

*Attorneys for Shell Technology Ventures, Inc.*