Case No: 1:06cv952

Filed: 03/04/10
Doc. #174

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED

2010 MAR -9  AM 9: 23

CLERK US DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY _____
                        DEPUTY

| | |
|---|---|
| PAULSSON GEOPHYSICAL SERVICES, INC., | § |
| | § |
| *Plaintiff/Counterdefendant,* | § |
| | § |
| v. | § |
| | § |
| AXEL M. SIGMAR; RESERVOIR SYSTEMS, INC.; SIGMA RESEARCH, INC. and RESERVOIR SYSTEMS INTERNACIONAL, S.A. DE C.V., | § § § § § |
| | § C.A. No. A-06-CA-952SS |
| *Defendants/Counterclaimants,* | § |
| | § |
| v. | § |
| | § |
| SHELL TECHNOLOGY VENTURES, INC., | § |
| | § |
| *Third-Party Defendant.* | § |
| | § |

**AGREED ORDER AMENDING
THE SCHEDULING ORDER**

On August 17, 2009, the Court entered a Scheduling Order in this case. The parties have agreed to extend (i) the deadline for parties asserting claims to complete the pretrial requirements set out in paragraph 4 of the Scheduling Order from March 5, 2010 to March 26, 2010, (ii) the deadline for parties opposing claims to complete those requirements from April 7, 2010 to April 28, 2010, and (iii) the discovery cut-off from May 7, 2010 to May 28, 2010. Since these amendments will not affect the dispositive motion deadline or trial setting, the Court amends the Scheduling Order as set forth above.

**SO ORDERED**.

Signed this __8th__ day of March, 2010.

_____
SAM SPARKS
UNITED STATES DISTRICT JUDGE

US 121114v.2

**AGREED**:

VINSON & ELKINS L.L.P.

/s/ David P. Blanke
David P. Blanke
The Terrace 7
2801 Via Fortuna, Suite 100
Austin, Texas  78701
512.692.8700
512.692.8744 Facsimile
dblanke@velaw.com

*Attorneys for Paulsson Geophysical Services, Inc.*

CROWELL & MORING, LLP

/s/ Michael J. Songer
Michael J. Songer
1001 Pennsylvania Avenue, N.W.
Washington, D.C. 20004-2595
202.624.2990
202.628.5116 Facsimile
msonger@crowell.com

Jonathan D. Saikan
Weycer, Kaplan, Pulaski & Zuber, P.C.
11 Greenway Plaza, Suite 1400
Houston, Texas 77046
713.961.9045
JSaikin@wkpz.com

Heinz D. Grether
Heinz Grether P.C.
5810 Trade Center Drive, #300
Austin, Texas 78744
512.389.3821
hgrether@fgklaw.com

*Attorneys for Axel M. Sigmar, Reservoir Systems, Inc. and Sigma Research, Inc.*

FULBRIGHT & JAWORSKI, LLP

/s/ Daniel J. Pirolo
Gerard G. Pecht
Daniel J. Pirolo
1301 McKinney, Suite 5100
Houston, Texas 75010-3095
713.651.5243
713.651.5243 Facsimile
gpecht@fulbright.com

*Attorneys for Shell Technology Ventures, Inc.*