IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| PAULSSON GEOPHYSICAL SERVICES, INC., | § § § | |
| Plaintiff, | § § | |
| v. | § | |
| AXEL M. SIGMAR, RESERVOIR SYSTEMS, INC., and SIGMA RESEARCH, INC., | § § § § | |
| Defendants, | § § | C.A. No. A-06-CA-952-SS |
| v. | § § | |
| SHELL TECHNOLOGY VENTURES, INC., | § § § | |
| Third-Party Defendant. | § § § | |

**AGREED FINAL JUDGMENT**

Being advised that the parties have resolved this matter, the Court hereby dismisses with prejudice all claims asserted herein relating to the subject matter of this litigation (1) by Paulsson Geophysical Services, Inc. (***P/GSI***) and its agents, representatives, successors, and privies against Axel M. Sigmar, Reservoir Systems, Inc., and Sigma Research, Inc. (***Sigmar Defendants***) and their agents, representatives, successors, and privies; and (2) by the Sigmar Defendants and their agents, representatives, successors, and privies against PGSI or Shell Technology Ventures, Inc. or their agents, representatives, successors, and privies. Each party shall bear its attorneys' fees and costs. This is a final judgment.

Signed this 13th day of May, 2010.

*Sam Sparks*
HON. SAM SPARKS
UNITED STATES DISTRICT JUDGE

US 385072v.1